UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHENGTAO SHEN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26-CV-1222-CCB-SJF |

**ORDER**

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondent was ordered to release Chengtao Shen from custody on appropriate conditions of supervised release. ECF 8. Respondent reports that the petitioner has since been released. ECF 10.

The court, therefore, **DIRECTS** the clerk to enter judgment and to close this case.

SO ORDERED on November 12, 2026

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT